**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| APEEL TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBYN OPENSHAW and GREENSMOOTHIEGIRL.COM INC.,<br><br>Defendants. | **Case No. 3:25-cv-01003-WWB-SJH**<br><br>**JOINT NOTICE OF WAIVER AND STIPULATION OF DISMISSAL** |

Plaintiff Apeel Technology, Inc. and Defendants Robyn Openshaw and GreenSmoothieGirl.com Inc. (collectively, the "Parties") hereby provide notice that the Parties agree to waive their rights to move the Court within 60 days to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. *See* Order (May 4, 2026), ECF No. 40; Local Rule 3.09(b). The Parties hereby stipulate to the immediate dismissal of the instant lawsuit with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 6, 2026

*/s/ Jered T. Ede*
Jered T. Ede (FBN: 1045898)
Nicholas J. Brechbill (admitted *pro hac vice*)
Thomas A. Clare, P.C. (admitted *pro hac vice*)
Camilla J. Hundley (admitted *pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
jered@clarelocke.com
nick@clarelocke.com
tom@clarelocke.com
camilla@clarelocke.com

*Attorneys for Plaintiff Apeel Technology, Inc.*

*/s/ Jura C. Zibas*
Jura C. Zibas, Esq. (FBN: 124571)
Amaris C. Gyebi, Esq. (FBN: 1019361)
WILSON ELSER MOSKOWITZ
EDELMAN& DICKER LLP
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone: (941) 866-8561
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com

Leia V. Leitner (FBN: 10562)
WILSON ELSER MOSKOWITZ
EDELMAN& DICKER LLP
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: (407) 423-7287
Leia.Leitner@wilsonelser.com

*Attorneys for Defendants Robyn Openshaw and Greensmoothiegirl.com, Inc.*

**CERTIFICATE OF SERVICE**

Counsel for Apeel Technology, Inc. hereby certifies that a true and correct copy of the foregoing Notice of Waiver was served on all counsel of record by e-filing it using the Court's CM/ECF system on May 6, 2026.

Dated: May 6, 2026

/s/ *Jered T. Ede*
Jered T. Ede (FBN: 1045898)

*Attorney for Plaintiff Apeel Technology, Inc.*